IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KAREN JEMISON,<br>     Plaintiff, | )<br>)<br>) |
| v. | )  CIVIL ACTION NO.<br>)  1:05-CV-1699-VEH<br>) |
| LEGACY CABINETS, INC.,<br>     Defendant. | )  OPPOSED<br>) |

## LEGACY CABINETS, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO ENFORCE THE SETTLEMENT AGREEMENT

Legacy Cabinets, Inc. ("Legacy") respectfully submits this reply brief in support of its Motion to Enforce the Settlement Agreement between the parties and states:

### INTRODUCTION

1.  On July 5, 2007, Legacy moved this Court to enforce the terms of the settlement agreement between the parties and to compel Plaintiff to sign the Settlement Agreement and Full and Final General Release and accept the agreed upon settlement amount in full and final settlement of this case. Plaintiff filed her response in which her counsel acknowledges she had authority from Plaintiff to settle the case for the agreed upon amount,[1] confirmed that authority with Plaintiff, and communicated that authority to the undersigned counsel for Legacy.

---

1 As noted in Legacy's initial motion, the parties agreed that the settlement amount would remain confidential, and the amount has been omitted from this reply.

1

## **REPLY ARGUMENT**

2.    The parties do not dispute the facts surrounding the settlement of this case. Plaintiff does not deny that:

- Plaintiff gave authority to her lawyer to settle the case for the amount agreed upon by the parties, and Plaintiff's counsel confirmed this authority with Plaintiff.

- Plaintiff's counsel communicated her authority to settle the case for the amount agreed upon by the parties to the undersigned counsel for Legacy.

- Legacy, through the undersigned counsel, accepted Plaintiff's demand and communicated Legacy's acceptance of Plaintiff's offer to settle the case for the agreed upon amount to Plaintiff's counsel.

- The parties, through their counsel, agreed upon the other (non-monetary) terms of settlement.

- Plaintiff's counsel acknowledged to the undersigned counsel that the parties had settled the case on these terms.

3.    As Legacy explains in its initial Motion to Enforce, Plaintiff's counsel had authority to bind Plaintiff to the settlement terms to which the parties agreed through their lawyers. *See* Alabama Code § 34-3-21. The correspondence between the parties' counsel, attached as Exhibits to Legacy's Motion to Enforce, reveals that the parties

entered into a binding agreement to settle this matter and memorializes the terms of that agreement. Plaintiff's response confirms these facts.

4. As a result, the settlement agreement and its terms are binding on Plaintiff and are due to be enforced by this Court. *See Mays v. Julian LeCraw and Co.*, 807 So. 2d 551, 554 (Ala. Civ. App. 2001). Plaintiff cannot now repudiate the settlement agreement. *See Mays*, 807 So. 2d at 554; *see also Bailey v. Mead Southern Wood Products*, 295 F. Supp. 2d 1286, 1288-1289 (M.D. Ala. 2003); *Spurlock v. Pioneer Fin. Serv., Inc.*, 808 F. Supp. 782, 783-784 (M.D. Ala. 1992).

5. For the reasons explained herein and in Legacy's Motion to Enforce, Legacy respectfully renews its request that this Court:

   a. Enforce the terms of the settlement agreement between the parties;

   b. Compel Plaintiff to sign the Settlement Agreement and Full and Final General Release;

   c. Compel Plaintiff to accept the agreed upon settlement amount in full and final settlement of any and all claims that were or could have been asserted in this case;

   d. Award Legacy attorney's fees and costs, along with any sanctions the Court finds appropriate, for the Plaintiff's willful refusal to go forward with the Settlement Agreement; and

   e. Dismiss Plaintiff's claims and this lawsuit with prejudice.

Respectfully submitted,

/s/ John S. Johnson
Mark T. Waggoner     ASB-3310-A50M
E-mail: mwaggoner@handarendall.com
John S. Johnson       ASB-7114-H67J
E-mail: jjohnson@handarendall.com

Hand Arendall, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Phone:    (205) 324-4400

Attorneys for Defendant Legacy Cabinets, Inc.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Heather N. Leonard, Esquire
heather@heatherleonardpc.com
*Attorney for Plaintiff*

James A. Mendelsohn, Esquire
jmendel@bellsouth.net
*Attorney for Plaintiff*

                                            /s/ John S. Johnson